PER CURIAM.
 

 In this
 
 Anders
 
 appeal, we affirm the order revoking Alphonso Smith’s probation and imposing sentence.
 
 Anders v. California,
 
 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). In doing so, we have considered Smith’s argument, but find it lacks merit.
 
 Gonzales v. State,
 
 780 So.2d
 
 *117
 
 266 (Fla. 4th DCA 2001);
 
 Bones v. State,
 
 764 So.2d 888 (Fla. 4th DCA 2000).
 

 We remand for entry of a written order of revocation of probation specifying the conditions appellant was found to have violated.
 
 Mills v. State,
 
 948 So.2d 994 (Fla. 4th DCA 2007);
 
 see also Cook v. State,
 
 993 So.2d 1186 (Fla. 4th DCA 2008);
 
 Rey v. State,
 
 904 So.2d 566 (Fla. 4th DCA 2005);
 
 Riley v. State,
 
 884 So.2d 1038 (Fla. 4th DCA 2004). We note that the judge specified the conditions on the record, but a written order is required to incorporate those findings.
 

 Affirmed and Rem,and,ed.
 

 STEVENSON, HAZOURI and CIKLlN, JJ., concur.